AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   26-20054 SHL-cgc |
| Keyon Stevison | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Kiyon Stevison                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Forcibly assault/resist/impede/intimidate person engaged official duty

Date:   02/19/2026                                              s/ V. Pettway
                                                    *Issuing officer's signature*

City and state:    MEMPHIS, TENNESSEE                    WENDY R. OLIVER - CLERK, U.S. DISTRICT COURT
                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   3/18/26   , and the person was arrested on *(date)*   3/18/26   at *(city and state)*   Memphis, TN   .
Date:  3/18/26                     _____
                                    *Arresting officer's signature*

                                    James Hensley  DUSM
                                    *Printed name and title* |