**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

**UNITED STATES OF AMERICA,**

**-vs-**

**Case No.**:  **2:26-cr-20054-1 BCL**

**KIYON STEVISON,**

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING[1] PURSUANT TO**
**BAIL REFORM ACT**

Upon motion of the Government, it is **ORDERED** that **STATUS CONFERENCE/DETENTION HEARING** is set for **MONDAY, JUNE 22, 2026, at 2:00 PM in Courtroom #5 before United States Magistrate Judge CHARMIANE G. CLAXTON.** Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date: March 24, 2026

s/Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

---

[1]If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant.  18 U.S.C. ' 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. ' 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention